UNITED STATES of America, Plaintiff–Appellee,

v.

Wesley Joe CROSSLIN, Also Known as Joe Wesley Crosslin, Defendant–Appellant.

No. 13–10010
Summary Calendar.

United States Court of Appeals, Fifth Circuit.

Sept. 19, 2013.

James Wesley Hendrix, Assistant U.S. Attorney, U.S. Attorney's Office, Dallas, TX, for Plaintiff–Appellee.

Jerry Van Beard, Esq., Assistant Federal Public Defender, Federal Public Defender's Office, Dallas, TX, William Ernest Hermesmeyer, Assistant Federal Public Defender, Federal Public Defender's Office, Fort Worth, TX, for Defendant–Appellant.

Before JONES, SMITH, and CLEMENT, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Wesley Crosslin has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493

---

\* Pursuant to 5TH CIR. R. 47.5, the court has    determined that this opinion should not be

(1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir.2011). Crosslin has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.